JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:     (916) 446-1916
Facsimile:     (916) 446-1726
E-mail:        jtelfer@telferlaw.com

Attorneys for Plaintiff
DEAN NYLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN NYLAND,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YOLO COUNTY, YOLO COUNTY SHERIFF'S OFFICE, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:20-CV-02070-TLN-CKD<br><br>**ORDER CONCERNING THE PARTIES' JOINT OBJECTION TO THE COURT'S OCTOBER 16, 2020 INITIAL PRE-TRIAL SCHEDULING ORDER** |

On December 18, 2020 the Court received Plaintiff DEAN NYLAND ("Plaintiff") and Defendants' YOLO COUNTY and YOLO COUNTY SHERIFF'S OFFICE ("Defendants") Joint Objection to the Court's October 16, 2020 Initial Pretrial Scheduling Order [ECF No. 7]. The Court having considered the parties' objections hereby modifies the Initial Pretrial Scheduling Order [ECF No. 3] as follows:

(1)    The parties are to complete discovery by **March 1, 2022.**

(2)    All dispositive and non-discovery motions are to be heard by **May 5, 2022**.

**IT IS SO ORDERED.**

Dated: December 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER CONCERNING THE PARTIES' JOINT OBJECTION TO THE COURT'S OCTOBER 16, 2020 INITIAL PRE-TRIAL SCHEDULING ORDER