JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 446-1916
Facsimile:  (916) 446-1726
E-mail:  jtelfer@telferlaw.com

Attorneys for Plaintiff
DEAN NYLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN NYLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>YOLO COUNTY, YOLO COUNTY SHERIFF'S OFFICE, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-02070-TLN-CKD<br><br>**STIPULATION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER RE DISCOVERY CUT-OFF; ORDER** |

   IT IS HEREBY STIPULATED by Plaintiff, DEAN NYLAND ("Nyland"), by and through his attorneys, and Defendant COUNTY OF YOLO, sued herein as YOLO COUNTY and YOLO COUNTY SHERIFF'S OFFICE ("Yolo County"), by and through its attorneys, that the March 1, 2022, discovery cut off deadline be continued to April 15, 2022 and the May 5, 2022 dispositive and non-discovery motion deadline be continued to June 20, 2022. The parties request all other Pre-Trial Scheduling Order dates remain the same. This stipulation is based upon the following facts which the parties submit show good cause to modify the Pretrial Scheduling Order:

///

1.⠀⠀⠀⠀That on October 16, 2020, the Court issued its Pre-Trial Scheduling Order (Document 3), establishing, among other things, the initial deadlines to complete all discovery and the dispositive and non-discovery motion deadline.

2.⠀⠀⠀⠀On December 22, 2020, the Court granted an Order establishing a deadline to complete all discovery by March 1, 2022, and all dispositive and non-discovery related motions are to be heard by May 5, 2022.

3.⠀⠀⠀⠀On November 1, 2021, the parties mediated the case with Bradley Thomas of Judicate West. The parties reached a tentative settlement and will file such Notice of Settlement with the Court if final approval is received from the Yolo County Board of Supervisors. The Board does not meet until December 9, 2021. Settlement is conditional on the Board's approval at that meeting.

4.⠀⠀⠀⠀To facilitate the settlement, the parties agreed to stay discovery pending the approval of the Board of Supervisors on or before December 9, 2021.

5.⠀⠀⠀⠀The parties hereby request that the discovery cut-off date is continued 45 days to April 15, 2022 and all dispositive and non-discovery related motions are to be heard by June 20, 2022 if the Board of Supervisors does not approve of the tentative settlement on December 9, 2021.

Based upon the foregoing, the parties submit that good cause exists to modify the court's Pre-Trial Scheduling Order as set forth above.

IT IS SO STIPULATED.

Dated: November 2, 2021⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ANGELO, KILDAY & KILDUFF, LLP

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀/s/ Carolee G. Kilduff
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀CAROLEE G. KILDUFF
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀SERENA M. WARTNER
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Attorneys for Defendants COUNTY OF YOLO

Dated: November 2, 2021⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀LAW OFFICES OF JILL TELFER

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀/s/ Jill P. Telfer
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀JILL P. TELFER
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Attorney for Plaintiff DEAN NYLAND

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the Pre-Trial Scheduling Order is hereby modified as follows:

The discovery cut-off date is continued to April 15, 2022, and all dispositive and non-discovery related motions are to be heard by **June 30, 2022**.

IT IS SO ORDERED.

Dated: November 2, 2021

Troy L. Nunley
United States District Judge